IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**STERLING RAHEEM JULES**                                                                                   **PLAINTIFF**

**VERSUS**                                                  **CIVIL ACTION NO. 1:15-cv-315-LG-RHW**

**EVAN HUBBARD, ET AL.**                                                       **DEFENDANTS**

ORDER

*Pro se* Plaintiff Sterling Raheem Jules, an inmate currently incarcerated at the Central Mississippi Correctional Facility, brings this Complaint challenging the conditions of his confinement pursuant to 42 U.S.C. § 1983.  Plaintiff was granted permission to proceed *in forma pauperis.* [6].  On October 15, 2015, an Order [15] was entered directing a *Notice of Lawsuit and Request to Waive Service of a Summons* be issued for Defendants Major Evan Hubbard, Warden; Captain Lege; Margie Willis; Sgt. Chelsea Alford; Lt. Ellsberry; Lt. Mitchell; Harrison County Mississippi; Sgt. Parker; Sgt. Richards; Sgt. Victoriano; Sgt. Pickens; Cpl. McLaughlin; Deputy Krause; Deputy A. Frye; Deputy Norris; Nurse Blanchild; Nurse Coon; M. Morgan; Doctor Coulter; Sgt. Tarpley; and Correctional Medical Associates, Inc.  To date, Nurse Blanchild, Nurse Coon, M. Morgan, Doctor Coulter and Correctional Medical Associates, Inc., have not filed a Waiver or a Response.  Accordingly, the Clerk is directed to issue process to these Defendants and the Marshal is directed to serve the summons on these Defendants and file the return by December 21, 2015.  Accordingly it is hereby

    ORDERED:

    1.    That the United States District Clerk is directed to issue summons to:

        a.  Defendant Nurse Blanchild, at 10451 Larkin Smith Drive, Gulfport, MS 39503;

        b.  Defendant Nurse Koon, at 10451 Larkin Smith Drive, Gulfport, MS 39503;

        c.  Defendant M. Morgan, at 10451 Larkin Smith Drive, Gulfport, MS 39503;

        d.  Defendant Doctor Coulter, at 10451 Larkin Smith Drive, Gulfport, MS 39503; and

     e. Defendant Correctional Medical Associates, Inc., 2233 Peachtree Road, Atlanta, GA 30309.

  These Defendants are required to file a response to the Complaint. The Clerk is directed to attach a copy of this Order to a copy of the Complaint [2] and Response [13] that will be served on each of these Defendants. The United States Marshal shall serve the same pursuant to 28 U.S.C. § 1915(d) and is directed to **file the return by December 21, 2015.**

  2. That Defendants shall file an answer or other responsive pleading in this cause in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

  3. That as provided for in the Federal Rules of Civil Procedure, discovery is stayed until further order of this Court.

  Plaintiff should understand that this Order allowing process to issue against the above named Defendants does not reflect any opinion of this Court that the claims contained in the Complaint will or will not be determined to be meritorious.

  **It is Plaintiff's responsibility to prosecute this case. Failure to advise this Court of a change of address or failure to comply with any Order of this Court will be deemed as a purposeful delay and contumacious act by Plaintiff and may result in the dismissal of this case.**

  SO ORDERED this the 19th day of November, 2015.

            /s/ Robert H. Walker
            UNITED STATES MAGISTRATE JUDGE