IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**STERLING RAHEEM JULES**                                    **PLAINTIFF**

**VERSUS**                                           **CIVIL ACTION NO. 1:15-cv-315-RHW**

**EVAN HUBBARD, ET AL.**                                       **DEFENDANTS**

**JOINDER OF HARRISON COUNTY, MISSISSIPPI, TO MOTION FOR EXTENSION OF TIME TO FILE MOTIONS ON BEHALF OF DEFENDANTS [Dkt #65]**

COMES NOW, Defendant, HARRISON COUNTY, MISSISSIPPI, by and through its duly elected Board of Supervisors, by and through its attorneys of record TIM C. HOLLEMAN & PATRICK T. GUILD, BOYCE HOLLEMAN & ASSOCIATES, and files its Joinder to *Motion for Extension of Time to File Motions on Behalf of Defendants* [Dkt #65] and joins in said relief and further adopts and incorporates herein, as though fully copied in words and phrases, all of the contents, citations and authorities, and arguments contained in said Motion in support of the same.

SO MOVED, this the 19th day of October, 2016.

                                              Respectfully submitted,

                                              HARRISON COUNTY, MISSISSIPPI,
                                              DEFENDANT

                                              BY AND THROUGH ITS
                                              COUNSEL OF RECORD

                                              BOYCE HOLLEMAN AND ASSOCIATES

                                              By:     /s/ Patrick T. Guild
                                                               Patrick T. Guild

## CERTIFICATE OF SERVICE

I, Patrick T. Guild, do hereby certify that I have this caused to be filed via the electronic filing system a true and correct copy of the foregoing pleading, which transmitted a copy to all counsel of record and to the following, via U.S. Mail, postage prepaid:

>Sterling Raheem Jules, #199738
>South MS Correctional Facility
>P.O. Box 1419
>Leakesville, MS 39451

This the 19th day of October, 2016.

>/s/ Patrick T. Guild
>Patrick T. Guild

Tim C. Holleman (Ms Bar #2526)
Patrick T. Guild (Ms Bar#103739)
BOYCE HOLLEMAN & ASSOCIATES
1720 23rd Ave./Boyce Holleman Blvd.
Gulfport, MS  39501
Telephone:  (228) 863-3142
Facsimile:  (228) 863-9829
Email:  tim@boyceholleman.com
       patrick@boyceholleman.com