UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

STERLING RAHEEM JULES                                                                                    PLAINTIFF

VERSUS                                                                         CIVIL ACTION NO. 1:15CV315-RHW

EVAN HUBBARD et al                                                                                    DEFENDANTS

## FINAL JUDGMENT

In accordance with the requirement for a separate document pursuant to Federal Rule of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court granting Defendants' motions to dismiss, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that, pursuant to Fed. R. Civ. P. 41(b), the Plaintiff's 42 U.S.C. § 1983 complaint is DISMISSED without prejudice for failure to prosecute.

SO ORDERED, this the 24th day of October, 2016.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE